UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-21106-CR-LENARD

UNITED STATES OF AMERICA,

Plaintiff,

vs

**HAMED ELBARKI**,

Defendant(s).

_____/

## SEALED ORDER

It appearing to the court that the above named defendant is a fugitive from justice, it is therefore,

**ORDERED AND ADJUDGED** that case be removed from the Court's Pending Case List and shall place the Defendant on the Clerk's Fugitive Case List.

**DONE AND ORDERED** in Chambers at the United States District Courthouse at Miami, Florida this 26 day of February, 2009.

JOAN A. LENARD
UNITED STATES DISTRICT JUDGE

cc:  Ryan O'Quinn, AUSA