IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 08-21106

UNITED STATES OF AMERICA

v.

HAMED ELBARKI
a/k/a "Eddy Elbarki",
    Defendant.
_____/

FILED by _____ D.C.

DEC 2 8 2009

STEVEN M. LARIMORE
CLERK U.S. DIST CT.
S. D. of FLA. - MIAMI

## APPERANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for: MAMED ELBARKI a/k/a "Eddy Elbarki".

DATED: 12/23/09

Cao Law Group, LLC
Attorneys for the Defendant
105 S. Narcissus Avenue, Suite608
West Palm Beach, Florida 33401
(561) 659-8818
(561) 659-8819 Fax

By:_____
Tony Cao, Esq.
F.B.N.: 0457280