IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CASE NO.: 08-21106-CR-LENARD

HAMED ELBARKI
a/k/a "Eddy Elbarki",

    Defendant.
_____/

## STIPULATION FOR SUBSTITUTION OF COUNSEL

Pursuant to the request of HAMED ELBARKI, this Court is hereby requested to substitute Aaron M. Cohen, Esq., as attorney of record for the Defendant in the above-styled matter. It is hereby stipulated that neither of the attorneys have an objection to the granting of this motion.

_____
AARON M. COHEN, ESQ.
COHEN & KUVIN, LLC.
Florida Bar Number: 0541427
acohen@cohenkuvin.com
9__ W. 17th Avenue, #D
____ Beach, FL 33445
Telephone: (561) 665-8020
Facsimile: (561) 665-8021

_____
TONY D. CAO, ESQ.
Florida Bar No: 457280
tcao@caolawgroup.com
105 S. Narcissus Ave., Ste. 608
West Palm Beach, FL 33401
Telephone: (561) 659-8818
Facsimile: (561) 659-8819

### ORDER

This Court substitutes Aaron M. Cohen, Esq., as attorney of record for the Defendant, ELBARKI, in the above-captioned matter.

DONE AND ORDERED in Palm Beach County Florida, this _____ day of March, 2013.

_____
HONORABLE LEONARD

Copies:
Aaron M. Cohen, Esq.
Tony D. Cao, Esq.